**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

Dongguan Hongchuang Technology Co., Ltd.,

*Plaintiff*,

v.

Dbest Products Inc,

*Defendant.*

**Case No. 2:26-cv-365-JHC**

**ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS AND EXTENSION OF TIME TO SERVE**

THIS MATTER comes before the Court on Plaintiff's Motion for Alternative Service of Process and Extension of Time to Serve. Dkt. # 5. Having considered the Motion, the supporting declaration, the exhibits, and the record, the Court finds good cause and hereby ORDERS:

1. Plaintiff's Motion is GRANTED.

2. Pursuant to Federal Rules of Civil Procedure 4(h)(1)(A) and 4(e)(1), and California Corporations Code § 1702, Plaintiff is authorized to serve Defendant Dbest Products Inc. by delivering by hand to the California Secretary of State one copy of the Summons and Complaint, together with a copy of this Order.

-1-

ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS
AND EXTENSION OF TIME TO SERVE

3. Service shall be deemed complete on the tenth day after delivery of the process and this Order to the California Secretary of State.

4. Plaintiff shall file proof of service after completing service through the California Secretary of State.

5. Plaintiff shall transmit a copy of the Summons, Complaint, and this Order to counsel representing Defendant in another matter, as described in Plaintiff's motion at Dkt. # 5 at 4.

6. The deadline to serve Defendant Dbest Products Inc. under Federal Rule of Civil Procedure 4(m) is extended for 45 days from the date of this Order.

DATED this 4th day of May 2026.

_John H. Chun_____
John H. Chun
United States District Judge

-2-

ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS
AND EXTENSION OF TIME TO SERVE