UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Dongguan Hongchuang Technology Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>dbest products, Inc.,<br><br>Defendant. | Case No. 2:26-cv-00365-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

This matter comes before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. Dkt. # 8. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendant at Dkt. ## 8 and 15, the Court concludes that it lacks personal jurisdiction over Defendant, GRANTS the motion, DENIES Plaintiff's request for jurisdictional discovery, and DISMISSES this matter without prejudice to refile in an appropriate venue. The Court notes that this ruling tracks these recent decisions from this District: *Good Life Wholesale*

*LLC v. Jiao*, 2026 WL 2110650 (W.D. Wash. July 11, 2026); *Shenzhen Huajing International Trade Co. Ltd. v. The Grease Box LLC*, 2026 WL 497081 (W.D. Wash. Feb. 26, 2026).

DATED this 23rd day of October, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE