The Honorable Judge John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Dongguan Hongchuang Technology Co., Ltd.,<br>*Plaintiff*,<br>v.<br>dbest Products Inc.,<br>*Defendant*. | **Case No. 2:26-cv-00365-JHC** |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1295(a)(1) and Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Dongguan Hongchuang Technology Co., Ltd. appeals to the United States Court of Appeals for the Federal Circuit from the Court's Order entered October 23, 2026 [ECF No. 16], granting Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, denying Plaintiff's request for jurisdictional discovery, and dismissing this action without prejudice.


Glacier Law LLP
506 Second Avenue, Suite 1516
Seattle, WA 98104
(212) 729-5049

Respectfully submitted,

Date: November 17, 2026

By: /s/ Ruoting Men

Ruoting Men, Esq. (WSBA No. 63842)
GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
Ruoting.men@glacier.law
Tel: +1 (212)729-5049

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ *Ruoting Men*
Ruoting Men, Esq.



Glacier Law LLP
506 Second Avenue, Suite 1516
Seattle, WA 98104
(212) 729-5049